UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

FILED
2018 MAY 11 PM 3:13

EX PARTE: I,
 Plaintiff,

v.

M. OCASIO,
 Defendant.

CASE NUMBER: 6:18-cv-731-ORL-41-TBS
(To be assigned by the Court)

Fed. R. Civil P. 64- Seizing a person or property

## COMPLAINT IN REPLEVIN

1) I, plaintiff, sue defendant, M. Ocasio and allege defendant is a false claim to a person. The nature and extent of claim is not known to me, however, I am informed and on that basis allege defendant's false claim is to a person I am entitled to the possession of described as 32197-016, GREY BENJAMIN, DOB: 07-03-1980, Eye; BN, Ht: 6'01".

2) This is an action to recover possession of a person in Sumter County, Florida.

3) The description is: 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, BENJAMIN GREY, DOB: 07-03-1980, Eye: BN, Ht: 6'01".

4) I am entitled to possession of the person under an actual right of Possession.

5) To my best knowledge, information, and belief, the person is located at 846 N.E. 54th Terrace, Coleman, Florida 33521, FCC- COLEMAN MEDIUM, Unit C-3, Cell 64.

6) The person is wrongfully detained by defendant. Defendant came into possession of the person by taking the person.

7) The person has not been taken for any tax, assessment, or fine pursuant to law.

8) The person has not been taken under execution or attachment against the Person.

9) To my best knowlege, information, and belief, defendant detains the Person for the District Court, District of Columbia.


I state that the foregoing is true, correct, and complete.


5/01/18
‾‾Date‾‾                                                          ‾‾‾I‾‾‾
                                                                Signature